UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK K. MAULDIN,** )<br>  )<br>        **Plaintiff**, )<br>  )<br>   v.  )<br>  )<br>**ST. PAUL FIRE AND MARINE**  )<br>**INSURANCE COMPANY,**  )<br>  )<br>  )<br>        **Defendant**.  )<br>_____ ) | CIV F 05-0957 AWI<br><br>**ORDER CLOSING CASE IN LIGHT OF PARTIES' SETTLEMENT** |

    This case (05-0957) involves a motion to withdraw reference of an adversary action from the bankruptcy court to the district court.  Defendant originally sued Plaintiff and other parties in district court (05-0063 AWI) on a claim of breach of an indemnity agreement.  Plaintiff subsequently filed for Chapter 11 bankruptcy (05-11565-A).  In the bankruptcy proceeding, Plaintiff filed an adversary proceeding (05-1109-A) against Defendant.  The adversary proceeding appears to cover the same subject matter as the original district court case.  Plaintiff then filed this motion to withdraw reference of the adversary proceeding to district court, opening a new civil case file.

    On November 22, 2005, the parties informed the court that they settled their dispute, and filed a stipulation for dismissal in the original district court case (05-0063).  The court also takes judicial notice of the fact that Bankruptcy Judge Whitney Rimel issued an order on December 29, 2005 dismissing the adversary proceeding (05-1109) on the parties' stipulation.  As the

1  underlying bankruptcy adversary proceeding has been dismissed, this motion to withdraw the
2  reference is moot.  Therefore, the Clerk is ordered to close this case.

4  IT IS SO ORDERED.

5  **Dated:     January 9, 2006**                             **/s/ Anthony W. Ishii**
   0m8i78                                               UNITED STATES DISTRICT JUDGE

2